| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on September 12, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey |
| IN RE:<br>    WILSON ORTIZ | Case No.:  16-15874<br><br>Hearing Date:  09/08/2016<br><br>Judge:  JOHN K. SHERWOOD |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: September 12, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s): WILSON ORTIZ

Case No.: 16-15874JKS

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 09/08/2016 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 9/8/2016 of the plan filed on 07/12/2016, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 09/22/2016 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.