| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee**<br><br>IN RE:<br>    WILSON ORTIZ | Order Filed on September 12, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey<br><br>Case No.:  16-15874<br><br>Hearing Date:  09/08/2016<br><br>Judge:  JOHN K. SHERWOOD |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: September 12, 2016

Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s):  WILSON ORTIZ

Case No.:  16-15874JKS

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 09/08/2016 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 9/8/2016 of the plan filed on 07/12/2016, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 09/22/2016 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-15874-JKS
Wilson Ortiz                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1           Date Rcvd: Sep 12, 2016
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2016.
db             +Wilson Ortiz,    94 Howe Avenue, Apt 2,    Passaic, NJ 07055-4012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2016 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Anson Street LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John Philip Schneider    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
           FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2006-HE2, MORTGAGE PASS-THROUGH CERTIFICATES,
           SERIES 2006-HE2 nj.bkecf@fedphe.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Robert   Wachtel    on behalf of Debtor Wilson   Ortiz rwachtel@ronlevinelaw.com
          Ronald I. LeVine    on behalf of Debtor Wilson   Ortiz ronlevinelawfirm@gmail.com
                                                                                             TOTAL: 5