Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−15874−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Wilson Ortiz
  94 Howe Avenue, Apt 2
  Passaic, NJ 07055

Social Security No.:
  xxx−xx−4928

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           10/13/16
Time:           09:00 AM
Location:       Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 19, 2016
JJW: rh

James J. Waldron
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Wilson Ortiz  
    Debtor

Case No. 16-15874-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Sep 19, 2016  
                Form ID: 132    Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2016.

```
db              +Wilson Ortiz,    94 Howe Avenue, Apt 2,    Passaic, NJ 07055-4012
cr              +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516087122       +AT&T Mobility,    c/o EOS CCA,    700 Longwater Dr.,    Norwell, MA 02061-1624
516086423       +Americas Servicing Company,    POB 14591,    Des Moines, IA 50306-3591
516283837       +Anson Street, LLC,    POB 10826,    Greenville, SC 29603-0826
516168832        Anson Street, LLC,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                  Greenville, SC  29603-0826
516087141       +Black Stone Realty Holdings LLC,    41-51 Wilson Ave.,    Suite C2A,    Newark, NJ 07105-3297
516319062        DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Default Document Processing,    N9286-01Y,
                  1000 Blue Gentian Road,    Eagan, MN 55121-7700
516086424       +Deutsche Bank National,    Attn: Phelan, Hallinan, Diamond & P.C.,    400 Fellowship Road #100,
                  Mount Laurel, NJ 08054-3437
516087125       +Dish Network,    c/o Convergent Outsourcing Inc.,    P.O. Box 9004,    Renton, WA 98057-9004
516087126        Express,    c/o Comenity,    P.O. Box 659728,    San Antonio. TX 78265-9728
516087127       +Ginny's,    P.O. Box 2825,    Monroe. WI 53566-8025
516162965       +HSBC Bank USA,    1800 Tysons Blvd., Suite 50,    McLean, VA 22102-4267
516087128       +LVNV Funding LLC,    c/o J.C. Christensen & Associates,    P.O. Box 519,
                  Sauk Rapids, MN 56379-0519
516087129        Masseys,    P.O. Box 2822,    Monroe, WI  53566-8022
516087132        Optimum,    c/o Sunrise Credit Services Inc.,    P.O. Box 9100,    Farmingdale, NY 11735-9100
516162964       +PSE&G,    POB 14444,    New Brunswick, NJ 08906-4444
516162962       +Passaic County Board of Taxation,    435 Hamburg Turnpike,    Wayne, NJ 07470-2067
516086425       +Phelan Hallinan Diamond & Jones, P.C.,    400 Fellowship Road, Suite 100,
                  Mt. Laurel, NJ 08054-3437
516087133        Pier I Imports,    c/o Comenity,    P.O. Box 659617,    San Antonio, TX 78265-9617
516087134        Progressive Inc.,    c/o AFNI Inc.,    P.o. Box 3068,    Bloomington, IL 61702-3068
516087136        Synchrony Bank,    c/o Central Credit Services LLC,    20 Corporate Hills Dr.,
                  Saint Charles. MO 63301-3749
516087137       +Synchrony Bank (GAP),    P.O. Box 105972,    Atlanta, GA 30348-5972
516087138       +The Progressive Corporation,    6300 Wilson Mills Rd.,    Mayfield Village, OH 44143-2182
516087140        US Asset Management Inc.,    c/o EOS CCA,    P.O. Box 981008,    Boston, MA 02298-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 19 2016 22:25:04    U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 19 2016 22:25:03    United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516087123       +E-mail/Text: bkcy@creditmgt.com Sep 19 2016 22:24:59    Commerce Energy,
                  c/o Credit Management Control,    P.O. Box 1654,    Green Bay. WI 54305-1654
516087124        E-mail/Text: creditonebknotifications@resurgent.com Sep 19 2016 22:24:53    Credit One Bank,
                  P.O. Box 60500,    City of Industry, CA 91716-0500
516087130       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 19 2016 22:25:03    Midland Funding LLC,
                  8875 Aero Dr.,    Suite 200,    San Diego, CA 92123-2255
516087131       +E-mail/PDF: bankruptcy@ncfsi.com Sep 19 2016 22:18:42    New Century Financial Services,
                  110 So. Jefferson Rd., Suite 104,    Whippany, NJ 07981-1038
516122177        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2016 22:18:43
                  Portfolio Recovery Associates, LLC,    c/o General Motors,    POB 41067,    Norfolk VA 23541
516162963       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2016 22:18:56
                  Portofflio Recovery Associates,    120 Corporate Blvd, Suite 100,    Norfolk, VA 23502-4962
516087135        E-mail/Text: appebnmailbox@sprint.com Sep 19 2016 22:25:02    Sprint,    6200 Sprint Pkwy.,
                  Overland Park, KS 66251
516087139        E-mail/PDF: pa_dc_claims@navient.com Sep 19 2016 22:18:42    U.S. Dept. of Education,
                  c/o Navient,    P.O. Box 9635,    Wilkes Barre, PA 18773-9635
                                                                                              TOTAL: 10
```

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Sep 19, 2016
                              Form ID: 132             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Anson Street LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John Philip Schneider     on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
               FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2006-HE2, MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2006-HE2 nj.bkecf@fedphe.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Robert   Wachtel    on behalf of Debtor Wilson   Ortiz rwachtel@ronlevinelaw.com
              Ronald I. LeVine    on behalf of Debtor Wilson   Ortiz ronlevinelawfirm@gmail.com
                                                                                             TOTAL: 5
```