# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−15874−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Wilson Ortiz
 94 Howe Avenue, Apt 2
 Passaic, NJ 07055

Social Security No.:
 xxx−xx−4928

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       10/27/16
Time:       11:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Ronald I. LeVine, Debtor's Attorney

COMMISSION OR FEES
$2,212.50

EXPENSES
$306.24

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: September 21, 2016
JJW:

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-15874-JKS
Wilson Ortiz                                                                Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin             Page 1 of 2            Date Rcvd: Sep 21, 2016
                          Form ID: 137            Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2016.
```
db         +Wilson Ortiz,    94 Howe Avenue, Apt 2,    Passaic, NJ 07055-4012
cr         +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516087122  +AT&T Mobility,    c/o EOS CCA,    700 Longwater Dr.,    Norwell, MA 02061-1624
516086423  +Americas Servicing Company,    POB 14591,    Des Moines, IA 50306-3591
516283837  +Anson Street, LLC,    POB 10826,    Greenville, SC 29603-0826
516168832   Anson Street, LLC,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
             Greenville, SC  29603-0826
516087141  +Black Stone Realty Holdings LLC,    41-51 Wilson Ave.,    Suite C2A,    Newark, NJ 07105-3297
516319062   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Default Document Processing,    N9286-01Y,
             1000 Blue Gentian Road,    Eagan, MN 55121-7700
516086424  +Deutsche Bank National,    Attn: Phelan, Hallinan, Diamond & P.C.,    400 Fellowship Road #100,
             Mount Laurel, NJ 08054-3437
516087125  +Dish Network,    c/o Convergent Outsourcing Inc.,    P.O. Box 9004,    Renton, WA 98057-9004
516087126   Express,    c/o Comenity,    P.O. Box 659728,    San Antonio. TX 78265-9728
516087127  +Ginny's,    P.O. Box 2825,    Monroe. WI 53566-8025
516162965  +HSBC Bank USA,    1800 Tysons Blvd., Suite 50,    McLean, VA 22102-4267
516087128  +LVNV Funding LLC,    c/o J.C. Christensen & Associates,    P.O. Box 519,
             Sauk Rapids, MN 56379-0519
516087129   Masseys,    P.O. Box 2822,    Monroe, WI  53566-8022
516087132   Optimum,    c/o Sunrise Credit Services Inc.,    P.O. Box 9100,    Farmingdale, NY 11735-9100
516162964  +PSE&G,    POB 14444,    New Brunswick, NJ 08906-4444
516162962  +Passaic County Board of Taxation,    435 Hamburg Turnpike,    Wayne, NJ 07470-2067
516086425  +Phelan Hallinan Diamond & Jones, P.C.,    400 Fellowship Road, Suite 100,
             Mt. Laurel, NJ 08054-3437
516087133   Pier I Imports,    c/o Comenity,    P.O. Box 659617,    San Antonio, TX 78265-9617
516087134   Progressive Inc.,    c/o AFNI Inc.,    P.O. Box 3068,    Bloomington, IL 61702-3068
516087136   Synchrony Bank,    c/o Central Credit Services LLC,    20 Corporate Hills Dr.,
             Saint Charles. MO 63301-3749
516087137  +Synchrony Bank (GAP),    P.O. Box 105972,    Atlanta, GA 30348-5972
516087138  +The Progressive Corporation,    6300 Wilson Mills Rd.,    Mayfield Village, OH 44143-2182
516087140   US Asset Management Inc.,    c/o EOS CCA,    P.O. Box 981008,    Boston, MA 02298-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Sep 21 2016 23:27:52      U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 21 2016 23:27:47      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516087123  +E-mail/Text: bkcy@creditmgt.com Sep 21 2016 23:27:36      Commerce Energy,
             c/o Credit Management Control,    P.O. Box 1654,    Green Bay. WI 54305-1654
516087124   E-mail/Text: creditonebknotifications@resurgent.com Sep 21 2016 23:26:47      Credit One Bank,
             P.O. Box 60500,    City of Industry, CA 91716-0500
516087130  +E-mail/Text: bankruptcydpt@mcmcg.com Sep 21 2016 23:27:47      Midland Funding LLC,
             8875 Aero Dr.,    Suite 200,    San Diego, CA 92123-2255
516087131  +E-mail/PDF: bankruptcy@ncfsi.com Sep 21 2016 23:30:51      New Century Financial Services,
             110 So. Jefferson Rd., Suite 104,    Whippany, NJ 07981-1038
516122177   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 21 2016 23:30:29
             Portfolio Recovery Associates, LLC,    c/o General Motors,    POB 41067,    Norfolk VA 23541
516162963  +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 21 2016 23:31:15
             Portofllo Recovery Associates,    120 Corporate Blvd, Suite 100,    Norfolk, VA 23502-4962
516087135   E-mail/Text: appebnmailbox@sprint.com Sep 21 2016 23:27:41      Sprint,    6200 Sprint Pkwy.,
             Overland Park, KS 66251
516087139   E-mail/PDF: pa_dc_claims@navient.com Sep 21 2016 23:30:28      U.S. Dept. of Education,
             c/o Navient,    P.O. Box 9635,    Wilkes Barre, PA 18773-9635
                                                                                               TOTAL: 10
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Sep 21, 2016
                              Form ID: 137             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2016                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2016 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Anson Street LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John Philip Schneider    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
           FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2006-HE2, MORTGAGE PASS-THROUGH CERTIFICATES,
           SERIES 2006-HE2 nj.bkecf@fedphe.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Robert  Wachtel    on behalf of Debtor Wilson  Ortiz rwachtel@ronlevinelaw.com
          Ronald I. LeVine    on behalf of Debtor Wilson  Ortiz ronlevinelawfirm@gmail.com
                                                                                    TOTAL: 5
```