UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, NJ 07601
Attorney for Debtors
RL9395

Order Filed on November 1, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

WILSON ORTIZ
    Debtor

Case No. 16-15874JKS

Chapter 13

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: November 1, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor: Wilson Ortiz
　　　　Case No. 16-15874JKS
Order Granting Supplemental Chapter 13 Fees

　　　　The applicant having certified that legal work supplemental to basis Chapter 13 services has been rendered, and no objections having been raised, it is:

　　　　ORDERED that Ronald I. LeVine, the applicant, is allowed a fee of $2212.50 for services rendered and expenses in the amount of $306.24 for a total of $2518.74. The allowance shall be payable:

- ☒ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

　　　　ORDERED that if the Debtors do not complete their Chapter 13 due to dismissal, Marie-Ann Greenberg, Chapter 13 Trustee, will pay this Order to the Law Firm of Ronald I. LeVine before releasing any money to the Debtor.

　　　　The movant shall service this Order on the Trustee, Debtor and all parties of record.

United States Bankruptcy Court
District of New Jersey

In re:  
Wilson Ortiz  
     Debtor

Case No. 16-15874-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin    Page 1 of 1    Date Rcvd: Nov 02, 2016  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2016.  
db          +Wilson Ortiz,    94 Howe Avenue, Apt 2,    Passaic, NJ 07055-4012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2016 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    Anson Street LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       John Philip Schneider    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2006-HE2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2 nj.bkecf@fedphe.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Robert Wachtel    on behalf of Debtor Wilson  Ortiz rwachtel@ronlevinelaw.com  
       Ronald I. LeVine    on behalf of Debtor Wilson  Ortiz ronlevinelawfirm@gmail.com  
                                                   TOTAL: 5