**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   WILSON ORTIZ

**Order Filed on December 16,**
**2016 by Clerk U.S. Bankruptcy**
**Court District of New Jersey**

**Case No.:  16-15874 JKS**

**Hearing Date:  12/8/2016**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 16,**
**2016**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  WILSON ORTIZ

Case No.:  16-15874

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 12/08/2016 on notice to RONALD I. LEVINE,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 12/22/2016 or the case will be dismissed; and it

  is further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above

  referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney;

  and it is further

- ORDERED, that the Debtor(s) must provide the Trustee with proof of homeowner's insurance by 12/22/16

  or the case will be dismissed