**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    WILSON ORTIZ

**Order Filed on December 16,**
**2016 by Clerk U.S. Bankruptcy**
**Court District of New Jersey**

**Case No.:  16-15874 JKS**

**Hearing Date:  12/8/2016**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 16,**
**2016**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  WILSON ORTIZ

Case No.:  16-15874

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 12/08/2016 on notice to RONALD I. LEVINE,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 12/22/2016 or the case will be dismissed; and it
  is further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above
  referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney;
  and it is further

- ORDERED, that the Debtor(s) must provide the Trustee with proof of homeowner's insurance by 12/22/16
  or the case will be dismissed

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-15874-JKS
Wilson Ortiz                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Dec 16, 2016
                             Form ID: pdf903           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2016.
db             +Wilson Ortiz,   94 Howe Avenue, Apt 2,   Passaic, NJ 07055-4012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2016 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Anson Street LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John Philip Schneider    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
           FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2006-HE2, MORTGAGE PASS-THROUGH CERTIFICATES,
           SERIES 2006-HE2 nj.bkecf@fedphe.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Robert  Wachtel   on behalf of Debtor Wilson  Ortiz rwachtel@ronlevinelaw.com
          Ronald I. LeVine    on behalf of Debtor Wilson  Ortiz ronlevinelawfirm@gmail.com
                                                                          TOTAL: 5