Last Revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | Case No. **16-15874 JKS** |
| | Judge: **Sherwood** |
| Ortiz, Wilson | Chapter **13** |
| Debtor(s) | |

## CHAPTER 13 PLAN AND MOTIONS

[ ] Original                [ x ] Modified/Notice Required           [X] Discharge Sought

[ ] Motions Included        [ ] Modified/No Notice Required          [ ] No Discharge Sought

Date: **August 18, 2016**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM

### Part 1: Payment and Length of Plan

a.  The debtor shall pay $ **250.00** per **month** to the Chapter 13 Trustee, starting on   **April 1, 2016**   for approximately **36** months.

b.  The Debtor shall make plan payments to the Trustee from the following sources:
    [X] Future Earnings
    [ ] Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:
    [ ] Sale of real property
       Description:
       Proposed date for completion: _____

    [ ] Refinance of real property
       Description:

    [ ] Loan modification with respect to mortgage encumbering property
       Description:
       Proposed date for completion: _____

d.  [ ] The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  [ ] Other information that may be important relating to the payment and length of plan:

### Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $ **None** to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ **2,505.00** to be paid directly by the debtor(s) outside the Plan, pre-confirmation to **America's Servicing Company, servicer for Deutsche Bank, NA, as Trustee** (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| None | | |

### Part 4: Secured Claims

**a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Deutsche Bank, National** | First Mortgage 94 Howe Ave, Passaic, NJ | 360,297.92 | 0 | 0 | 2505. |

**b. Modification**
1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**
Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Deutsche Bank, National** | First Mortgage 94 Howe Ave, Passaic, NJ | 145,000.00 | Surrendered in full satisfaction of |

2

| | | | |
|---|---|---|---|
| | | | claim |
| Anson Street, LLC c/o Shellpoint Mortgage Servicing | Second Mortgage 94 Howe Ave, Passaic, NJ | 145,000.00 | Surrendered in full satisfaction of claim |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:
**None**

### e. Secured Claims to Be Paid in Full Through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| None | | |

## Part 5: Unsecured Claims

### a. Not separately classified allowed non-priority unsecured claims shall be paid:

___ Not less than $ _____ to be distributed *pro rata*
___ Not less than _____ percent
**X** *Pro Rata* distribution from any remaining funds

### b. Separately Classified Unsecured Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| None | | | |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| None | | |

## Part 7: Motions

> **NOTE:** All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.

### a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

3

| None | | | | | | |
|---|---|---|---|---|---|---|

**b. Motion to Void Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| None | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| None | | | |

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**

_X_ Upon Confirmation
___ Upon Discharge

b. **Payment Notices**

Creditors and Lessors provided for in Sections 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) **Trustee Commissions**
2) **Other Administrative Claims**
3) **General Unsecured Claims**

d. **Post-petition claims** The Trustee [ ] is, [X] is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification

If this plan modifies a plan previously filed in this case, complete the information below.

**Date of Plan being modified: August 18, 2016**

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified. |
|---|---|
| To add 2nd mortgagee to surrender section | See 4(c) |

Are Schedules I and J being filed simultaneously with this Modified Plan? [ ] Yes [X] No

## Part 10: Sign Here

4

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan

Date: December 9, 2016         /s/Ronald I. LeVine
                               Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: December 9, 2016         /s/ Wilson Ortiz
                               Debtor

                               Joint Debtor

5

United States Bankruptcy Court
District of New Jersey

In re:  
Wilson Ortiz  
    Debtor

Case No. 16-15874-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Dec 29, 2016  
                 Form ID: pdf901    Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2016.

```
db             +Wilson Ortiz,   94 Howe Avenue, Apt 2,   Passaic, NJ 07055-4012
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,   Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
516087122      +AT&T Mobility,   c/o EOS CCA,   700 Longwater Dr.,   Norwell, MA 02061-1624
516086423       Americas Servicing Company,   POB 14401,   Des Moines, IA 50306-3591
516283837      +Anson Street, LLC,   POB 10826,   Greenville, SC 29603-0826
516168832       Anson Street, LLC,   c/o Shellpoint Mortgage Servicing,   PO Box 10826,
                 Greenville, SC  29603-0826
516087141      +Black Stone Realty Holdings LLC,   41-51 Wilson Ave.,   Suite C2A,   Newark, NJ 07105-3297
516319062       DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,   Default Document Processing,   N9286-01Y,
                 1000 Blue Gentian Road,   Eagan, MN 55121-7700
516086424      +Deutsche Bank National,   Attn: Phelan, Hallinan, Diamond & P.C.,   400 Fellowship Road #100,
                 Mount Laurel, NJ 08054-3437
516087125      +Dish Network,   c/o Convergent Outsourcing Inc.,   P.O. Box 9004,   Renton, WA 98057-9004
516087126       Express,   c/o Comenity,   P.O. Box 659728,   San Antonio. TX 78265-9728
516087127      +Ginny's,   P.O. Box 2825,   Monroe. WI 53566-8025
516162965      +HSBC Bank USA,   1800 Tysons Blvd., Suite 50,   McLean, VA 22102-4267
516087128      +LVNV Funding LLC,   c/o J.C. Christensen & Associates,   P.O. Box 519,
                 Sauk Rapids, MN 56379-0519
516087129       Masseys,   P.O. Box 2822,   Monroe, WI  53566-8022
516087132       Optimum,   c/o Sunrise Credit Services Inc.,   P.O. Box 9100,   Farmingdale, NY 11735-9100
516162964      +PSE&G,   POB 14444,   New Brunswick, NJ 08906-4444
516162962      +Passaic County Board of Taxation,   435 Hamburg Turnpike,   Wayne, NJ 07470-2067
516086425      +Phelan Hallinan Diamond & Jones, P.C.,   400 Fellowship Road, Suite 100,
                 Mt. Laurel, NJ 08054-3437
516087133       Pier I Imports,   c/o Comenity,   P.O. Box 659617,   San Antonio, TX 78265-9617
516087134       Progressive Inc.,   c/o AFNI Inc.,   P.o. Box 3068,   Bloomington, IL 61702-3068
516087136       Synchrony Bank,   c/o Central Credit Services LLC,   20 Corporate Hills Dr.,
                 Saint Charles. MO 63301-3749
516087137      +Synchrony Bank (GAP),   P.O. Box 105972,   Atlanta, GA 30348-5972
516087138      +The Progressive Corporation,   6300 Wilson Mills Rd.,   Mayfield Village, OH 44143-2182
516087140       US Asset Management Inc.,   c/o EOS CCA,   P.O. Box 981008,   Boston, MA 02298-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 29 2016 22:19:47     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 29 2016 22:19:45     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516087123      +E-mail/Text: bkcy@creditmgt.com Dec 29 2016 22:19:41     Commerce Energy,
                 c/o Credit Management Control,   P.O. Box 1654,   Green Bay. WI 54305-1654
516087124       E-mail/Text: creditonebknotifications@resurgent.com Dec 29 2016 22:19:08     Credit One Bank,
                 P.O. Box 60500,   City of Industry, CA 91716-0500
516087130      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 29 2016 22:19:44     Midland Funding LLC,
                 8875 Aero Dr.,   Suite 200,   San Diego, CA 92123-2255
516087131      +E-mail/PDF: bankruptcy@ncfsi.com Dec 29 2016 22:16:03     New Century Financial Services,
                 110 So. Jefferson Rd., Suite 104,   Whippany, NJ 07981-1038
516122177       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 29 2016 22:38:18
                 Portfolio Recovery Associates, LLC,   c/o General Motors,   POB 41067,   Norfolk VA 23541
516162963      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 29 2016 22:22:06
                 Portoflio Recovery Associates,   120 Corporate Blvd, Suite 100,   Norfolk, VA 23502-4952
516087135       E-mail/Text: appebnmailbox@sprint.com Dec 29 2016 22:19:42     Sprint,   6200 Sprint Pkwy.,
                 Overland Park, KS 66251
516087139       E-mail/PDF: pa_dc_claims@navient.com Dec 29 2016 22:16:02     U.S. Dept. of Education,
                 c/o Navient,   P.O. Box 9635,   Wilkes Barre, PA 18773-9635
                                                                                               TOTAL: 10
```

     ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Dec 29, 2016
                              Form ID: pdf901          Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2016                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 29, 2016 at the address(es) listed below:
            Denise E. Carlon     on behalf of Creditor    Anson Street LLC dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            John Philip Schneider     on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
             FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2006-HE2, MORTGAGE PASS-THROUGH CERTIFICATES,
             SERIES 2006-HE2 nj.bkecf@fedphe.com
            Marie-Ann  Greenberg     magecf@magtrustee.com
            Robert  Wachtel    on behalf of Debtor Wilson   Ortiz rwachtel@ronlevinelaw.com
            Ronald I. LeVine    on behalf of Debtor Wilson   Ortiz ronlevinelawfirm@gmail.com
                                                                                          TOTAL: 5
```