Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  16−15874−JKS
          Chapter:  13
          Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wilson Ortiz
   94 Howe Avenue, Apt 2
   Passaic, NJ 07055

Social Security No.:
   xxx−xx−4928

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:     2/8/18
Time:    11:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Ronald I. LeVine, Debtor's Attorney

COMMISSION OR FEES
fee: $2538.75

EXPENSES
expenses: $103.25

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: January 18, 2018
JAN:

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Wilson Ortiz  
    Debtor

Case No. 16-15874-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jan 18, 2018  
                       Form ID: 137     Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2018.

```
db           +Wilson Ortiz,    94 Howe Avenue, Apt 2,    Passaic, NJ 07055-4012
cr           +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516087122    +AT&T Mobility,    c/o EOS CCA,    700 Longwater Dr.,    Norwell, MA 02061-1624
516086423    +Americas Servicing Company,    POB 14591,    Des Moines, IA 50306-3591
516283837    +Anson Street, LLC,    POB 10826,    Greenville, SC 29603-0826
516168832     Anson Street, LLC,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
               Greenville, SC  29603-0826
516087141    +Black Stone Realty Holdings LLC,    41-51 Wilson Ave.,    Suite C2A,    Newark, NJ 07105-3297
516319062     DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Default Document Processing,    N9286-01Y,
               1000 Blue Gentian Road,    Eagan, MN 55121-7700
516086424    +Deutsche Bank National,    Attn: Phelan, Hallinan, Diamond & P.C.,    400 Fellowship Road #100,
               Mount Laurel, NJ 08054-3437
516087125    +Dish Network,    c/o Convergent Outsourcing Inc.,    P.O. Box 9004,    Renton, WA 98057-9004
516087126     Express,    c/o Comenity,    P.O. Box 659728,    San Antonio. TX 78265-9728
516162965    +HSBC Bank USA,    1800 Tysons Blvd., Suite 50,    McLean, VA 22102-4267
516087128    +LVNV Funding LLC,    c/o J.C. Christensen & Associates,    P.O. Box 519,
               Sauk Rapids, MN 56379-0519
516087129     Masseys,    P.O. Box 2822,    Monroe, WI 53566-8022
516087132     Optimum,    c/o Sunrise Credit Services Inc.,    P.O. Box 9100,    Farmingdale, NY 11735-9100
516162964    +PSE&G,    POB 14444,    New Brunswick, NJ 08906-4444
516162962    +Passaic County Board of Taxation,    435 Hamburg Turnpike,    Wayne, NJ 07470-2067
516086425    +Phelan Hallinan Diamond & Jones, P.C.,    400 Fellowship Road, Suite 100,
               Mt. Laurel, NJ 08054-3437
516087133     Pier I Imports,    c/o Comenity,    P.O. Box 659617,    San Antonio, TX 78265-9617
516087134     Progressive Inc.,    c/o AFNI Inc.,    P.o. Box 3068,    Bloomington, IL 61702-3068
516087136     Synchrony Bank,    c/o Central Credit Services LLC,    20 Corporate Hills Dr.,
               Saint Charles. MO 63301-3749
516087137    +Synchrony Bank (GAP),    P.O. Box 105972,    Atlanta, GA 30348-5972
516087138    +The Progressive Corporation,    6300 Wilson Mills Rd.,    Mayfield Village, OH 44143-2182
516087140     US Asset Management Inc.,    c/o EOS CCA,    P.O. Box 981008,    Boston, MA 02298-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 19 2018 09:50:05      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 19 2018 09:50:03      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516087123    +E-mail/Text: bkcy@creditmgt.com Jan 19 2018 09:49:58      Commerce Energy,
               c/o Credit Management Control,    P.O. Box 1654,    Green Bay, WI 54305-1654
516087124     E-mail/PDF: creditonebknotifications@resurgent.com Jan 19 2018 09:49:04      Credit One Bank,
               P.O. Box 60500,    City of Industry, CA 91716-0500
516087127    +E-mail/Text: bankruptcy@sccompanies.com Jan 19 2018 09:50:51      Ginny's,    P.O. Box 2825,
               Monroe. WI 53566-8025
516087130    +E-mail/Text: bankruptcydpt@mcmcg.com Jan 19 2018 09:50:02      Midland Funding LLC,
               8875 Aero Dr.,    Suite 200,    San Diego, CA 92123-2255
516087131    +E-mail/PDF: bankruptcy@ncfsi.com Jan 19 2018 09:49:16      New Century Financial Services,
               110 So. Jefferson Rd., Suite 104,    Whippany, NJ 07981-1038
516122177     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 19 2018 09:54:37
               Portfolio Recovery Associates, LLC,    c/o General Motors,    POB 41067,    Norfolk VA 23541
516162963    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 19 2018 09:54:37
               Portoflio Recovery Associates,    120 Corporate Blvd, Suite 100,    Norfolk, VA 23502-4952
516087135     E-mail/Text: appebnmailbox@sprint.com Jan 19 2018 09:50:01      Sprint,    6200 Sprint Pkwy.,
               Overland Park, KS 66251
516087139     E-mail/PDF: pa_dc_claims@navient.com Jan 19 2018 09:49:02      U.S. Dept. of Education,
               c/o Navient,    P.O. Box 9635,    Wilkes Barre, PA 18773-9635
                                                                                              TOTAL: 11
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2                   Date Rcvd: Jan 18, 2018
                              Form ID: 137             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2018 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
           HSI ASSET SECURITIZATION CORPORATION TRUST 2006-HE2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
           2006-HE2 nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Anson Street LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James Patrick Shay    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
           HSI ASSET SECURITIZATION CORPORATION TRUST 2006-HE2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
           2006-HE2 james.shay@phelanhallinan.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Robert Wachtel    on behalf of Debtor Wilson  Ortiz rwachtel@ronlevinelaw.com
          Ronald I. LeVine    on behalf of Debtor Wilson  Ortiz ronlevinelawfirm@gmail.com
                                                                                             TOTAL: 6
```