**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

　WILSON ORTIZ

**Order Filed on January 29, 2018**
**by Clerk U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  16-15874 JKS**

**Hearing Date:  1/25/2018**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 29, 2018**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  WILSON ORTIZ

Case No.:  16-15874

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 01/25/2018 on notice to RONALD I. LEVINE,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must convert Chapter 13 case to Chapter 7 case by 2/8/2018 or the case will

  be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Notice of Conversion has been filed by the

  above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's

  Attorney.