| Information to identify the case: | | | | |
|---|---|---|---|---|
| **Debtor 1:** | Wilson Ortiz | | Social Security number or ITIN: | xxx–xx–4928 |
| | First Name  Middle Name  Last Name | | EIN: _ _–_ _ _ _ _ _ _ | |
| **Debtor 2:** (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN: _ _ _ _ EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of New Jersey | | Date case filed in chapter: | 13  3/29/16 |
| Case number: | 16–15874–JKS | | Date case converted to chapter: | 7  2/8/18 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Wilson Ortiz | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 409 River Street<br>Paterson, NJ 07524 | | |
| 4. | **Debtor's attorney**<br>Name and address | Ronald I. LeVine<br>210 River Street<br>Suite 11<br>Hackensack, NJ 07601 | | Contact phone (201) 489–7900 |
| 5. | **Bankruptcy trustee**<br>Name and address | David Wolff<br>Law Offices of David Wolff LLC<br>396 Route 34<br>Matawan, NJ 07747 | | Contact phone 732–566–1189 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | MLK Jr Federal Building 50 Walnut Street Newark, NJ 07102 Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)  Contact phone 973–645–4764  Date: 2/16/18 |
| **7.** **Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **March 16, 2018 at 09:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504** |
| **8.** **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/15/18** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-15874-JKS
Wilson Ortiz                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 2            Date Rcvd: Feb 16, 2018
                              Form ID: 309A             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2018.
```
db         +Wilson Ortiz,    409 River Street,    Paterson, NJ 07524-1918
aty        +Robert Wachtel,    210 River Street,    Hackensack, NJ 07601-7504
516087122  +AT&T Mobility,    c/o EOS CCA,    700 Longwater Dr.,    Norwell, MA 02061-1624
516283837  +Anson Street, LLC,    POB 10826,    Greenville, SC 29603-0826
516168832   Anson Street, LLC,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
             Greenville, SC  29603-0826
516087141  +Black Stone Realty Holdings LLC,    41-51 Wilson Ave.,    Suite C2A,    Newark, NJ 07105-3297
516319062   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Default Document Processing,    N9286-01Y,
             1000 Blue Gentian Road,    Eagan, MN 55121-7700
516086424  +Deutsche Bank National,    Attn: Phelan, Hallinan, Diamond & P.C.,    400 Fellowship Road #100,
             Mount Laurel, NJ 08054-3437
516162965  +HSBC Bank USA,    1800 Tysons Blvd., Suite 50,    McLean, VA 22102-4267
516087128  +LVNV Funding LLC,    c/o J.C. Christensen & Associates,    P.O. Box 519,
             Sauk Rapids, MN 56379-0519
516087129   Masseys,    P.O. Box 2822,    Monroe, WI 53566-8022
516087132   Optimum,    c/o Sunrise Credit Services Inc.,    P.O. Box 9100,    Farmingdale, NY 11735-9100
516162964  +PSE&G,    POB 14444,    New Brunswick, NJ 08906-4444
516162962  +Passaic County Board of Taxation,    435 Hamburg Turnpike,    Wayne, NJ 07470-2067
516086425  +Phelan Hallinan Diamond & Jones, P.C.,    400 Fellowship Road, Suite 100,
             Mt. Laurel, NJ 08054-3437
516087134   Progressive Inc.,    c/o AFNI Inc.,    P.o. Box 3068,    Bloomington, IL 61702-3068
516087136   Synchrony Bank,    c/o Central Credit Services LLC,    20 Corporate Hills Dr.,
             Saint Charles. MO 63301-3749
516087137  +Synchrony Bank (GAP),    P.O. Box 105972,    Atlanta, GA 30348-5972
516087138  +The Progressive Corporation,    6300 Wilson Mills Rd.,    Mayfield Village, OH 44143-2182
516087140   US Asset Management Inc.,    c/o EOS CCA,    P.O. Box 981008,    Boston, MA 02298-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: ronlevinelawfirm@gmail.com Feb 16 2018 23:34:21      Ronald I. LeVine,
             210 River Street,    Suite 11,    Hackensack, NJ  07601
tr         +EDI: BDWOLFF.COM Feb 16 2018 23:13:00      David Wolff,    Law Offices of David Wolff LLC,
             396 Route 34,    Matawan, NJ 07747-7115
smg         E-mail/Text: usanj.njbankr@usdoj.gov Feb 16 2018 23:35:02      U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 16 2018 23:34:59      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516086423  +EDI: WFFC.COM Feb 16 2018 23:13:00      Americas Servicing Company,    POB 14591,
             Des Moines, IA 50306-3591
516087123  +E-mail/Text: bkcy@creditmgt.com Feb 16 2018 23:34:56      Commerce Energy,
             c/o Credit Management Control,    P.O. Box 1654,    Green Bay. WI 54305-1654
516087124   EDI: RCSFNBMARIN.COM Feb 16 2018 23:13:00      Credit One Bank,    P.O. Box 60500,
             City of Industry, CA 91716-0500
516087125  +EDI: CONVERGENT.COM Feb 16 2018 23:13:00      Dish Network,    c/o Convergent Outsourcing Inc.,
             P.O. Box 9004,    Renton, WA 98057-9004
516087126   EDI: WFNNB.COM Feb 16 2018 23:13:00      Express,    c/o Comenity,    P.O. Box 659728,
             San Antonio. TX 78265-9728
516087127  +EDI: CBS7AVE Feb 16 2018 23:13:00      Ginny's,    P.O. Box 2825,    Monroe. WI 53566-8025
516087130  +EDI: MID8.COM Feb 16 2018 23:13:00      Midland Funding LLC,    8875 Aero Dr.,    Suite 200,
             San Diego, CA 92123-2255
516087131  +E-mail/PDF: bankruptcy@ncfsi.com Feb 16 2018 23:32:03      New Century Financial Services,
             110 So. Jefferson Rd., Suite 104,    Whippany, NJ 07981-1038
516122177   EDI: PRA.COM Feb 16 2018 23:13:00      Portfolio Recovery Associates, LLC,    c/o General Motors,
             POB 41067,    Norfolk VA 23541
516087133   EDI: WFNNB.COM Feb 16 2018 23:13:00      Pier I Imports,    c/o Comenity,    P.O. Box 659617,
             San Antonio, TX 78265-9617
516162963  +EDI: PRA.COM Feb 16 2018 23:13:00      Portoflio Recovery Associates,
             120 Corporate Blvd, Suite 100,    Norfolk, VA 23502-4952
516087135   EDI: NEXTEL.COM Feb 16 2018 23:13:00      Sprint,    6200 Sprint Pkwy.,    Overland Park, KS 66251
516087139   EDI: NAVIENTFKASMDOE.COM Feb 16 2018 23:13:00      U.S. Dept. of Education,    c/o Navient,
             P.O. Box 9635,    Wilkes Barre, PA 18773-9635
                                                                                              TOTAL: 17
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2         User: admin              Page 2 of 2           Date Rcvd: Feb 16, 2018
                             Form ID: 309A            Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               HSI ASSET SECURITIZATION CORPORATION TRUST 2006-HE2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2006-HE2 nj.bkecf@fedphe.com
              David   Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   Anson Street LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               HSI ASSET SECURITIZATION CORPORATION TRUST 2006-HE2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2006-HE2 james.shay@phelanhallinan.com
              Robert   Wachtel    on behalf of Debtor Wilson  Ortiz rwachtel@ronlevinelaw.com,
               irr72645@notify.bestcase.com
              Ronald I. LeVine    on behalf of Debtor Wilson  Ortiz ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
                                                                                             TOTAL: 6
```